# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2007

132788

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                     SC: 132788
                                     COA: 273415
                                     Muskegon CC: 06-052685-FH
                                                          06-052686-FH

ROGER HARPER WEIL,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the November 1, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      MARKMAN, J., would grant leave to appeal for the reasons set forth in his dissenting statement in *People v Wright*, 474 Mich 1138 (2006).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2007                                          _____
s0319                                                      Clerk